UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:11-CV-00217-F

| | | |
|---|---|---|
| PENNY LEEFE, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| USAble LIFE; and TANDS, INC., | ) | |
| Defendants. | ) | |

For the reasons stated therein, the Motion to Dismiss [DE-15] filed by defendant Tands, Inc., is ALLOWED. The motion is uncontested. The Clerk of Court is DIRECTED to terminate Tands, Inc. as a defendant in this case, and to continue management of the case against defendant USAble Life, only.

SO ORDERED.

This, the 19th day of January, 2012.

_____
JAMES C. FOX
Senior United States District Judge